# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Teletha Kimbrough

v.   Case Number: 4:23−cv−03898

All Pro Fasteners, Inc.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1601995344?pwd=b3lqWHBLQzBreGl2eDRmVXh5MjBsUT09*
Meeting phone number: 646−828−7666
Meeting ID: 160 199 5344
Meeting Password: 152902

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 1/19/2024

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Pre−Motion Conference

RE: Notice (Other) − #12

Date:   January 16, 2024                                          Nathan Ochsner, Clerk